

# NUMBER 13-10-00387-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

ALE ANDRE, LLC, FERNANDO SOLLOA,
RICARDO BACKAL, PABLO KURI FERNANDEZ
AND OSCAR ESQUIVEL GARZA,                         **Appellants,**

**v.**

SAN ANTONIO NATIONAL BANK,                           **Appellee.**

---

### On appeal from the County Court at Law No. 4
### of Hidalgo County, Texas.

---

# MEMORANDUM OPINION

### Before Justices Rodriguez, Vela, and Perkes
### Memorandum Opinion Per Curiam

Appellants, Ale Andre, LLC, Fernando Solloa, Ricardo Backal, Pablo Kuri Fernandez, and Oscar Esquivel Garza, perfected an appeal from a judgment entered by the County Court at Law No. 4 of Hidalgo County, Texas, in cause number

CL-09-3668-D(1). Appellants have filed an unopposed motion to dismiss the appeal on grounds that the parties have reached a settlement of the claims and causes of action between them. Appellants request that this Court dismiss the appeal with prejudice to the refiling of same.

The Court, having considered the documents on file and the unopposed motion to dismiss with prejudice, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The unopposed motion to dismiss is granted, and the appeal is hereby DISMISSED WITH PREJUDICE. Costs will be taxed against appellants. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
2nd day of February, 2012.